UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., Plaintiff(s), vs. SDP JANITORIAL SERVICE, LLC, Defendant(s). | Case No. 4:08CV00691 ERW |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiffs' Motion for Default Judgment [doc. #4]. Plaintiffs filed suit against Defendant SDP Janitorial Services, LLC on May 14, 2008, alleging that Defendant has failed to make all payments to the Plaintiff Welfare, Pension, Vacation, and Training Funds as required by the Parties' collective bargaining agreements. Pursuant to the Employee Retirement Income Security Act Plaintiffs seek an order requiring Defendant to submit all of its books and records to an accountant selected by Plaintiffs to determine the amount owed to Plaintiffs during the period from June 11, 2005 to present. The Court held a default hearing on this date, at which time no representative of the Defendant appeared before the Court.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant turn over all records concerning payroll accounts, tax records, including W-2's and 1099's, quarterly unemployment tax filings, and any time slips or other books and records related to the number of hours worked by employees, to the accounting firm of Wolfe, Nilges, and Nahorski, P.C., located at 1630 Des Pares Road, Suite 305, St. Louis, Missouri 63131, within twenty (20) days of the date of this order.

Dated this 25th Day of July, 2008.

                                                        _____
                                                        E. RICHARD WEBBER
                                                        UNITED STATES DISTRICT JUDGE